IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ERIK WILLIAM DE RISO,           )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>     v.                          )<br>                                 )<br>OFFICER ANTONIO BROWN,           )<br>personally and in his            )<br>Official capacity as a           )<br>police officer for the           )<br>City of Eclectic, Alabama,       )<br>                                 )<br>     Defendant.                  ) | CIVIL ACTION NO.<br>  2:22cv384-MHT<br>       (WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 36), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear his or its own costs and fees.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 26th day of January, 2024.**

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**